No. A–1069 (71–1024). SIXTY-SEVENTH MINNESOTA STATE SENATE v. BEENS ET AL.; and

No. A–1069 (71–1145). SIXTY-SEVENTH MINNESOTA STATE SENATE v. BEENS ET AL. Application for temporary stay presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted pending further order of the Court.

No. 71–1317. SCHOOL BOARD OF THE CITY OF NORFOLK ET AL. v. BREWER ET AL. C. A. 4th Cir. Motion to advance denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–6130. MOORE v. SMITH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 71–738. MESCALERO APACHE TRIBE v. JONES, COMMISSIONER, BUREAU OF REVENUE OF NEW MEXICO, ET AL. Ct. App. N. M. Motions of Agua Caliente Band of Mission Indians and Association on American Indian Affairs, Inc., et al. for leave to file briefs as amici curiae granted. Certiorari granted.

No. 71–1134. ROADEN v. KENTUCKY. Ct. App. Ky. Certiorari granted limited to Question 1 presented by the petition which reads as follows:

"1. In the absence of a prior adversary hearing, is the seizure incident to arrest of allegedly obscene material, a violation of due process of law?"

No. 71–997. MCGINNIS, CORRECTION COMMISSIONER, ET AL. v. POLLACK. C. A. 2d Cir. Certiorari denied.